UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Monique Jackson,

    Plaintiff,

v.

National Credit Adjusters, LLC; and DOES 1-10, inclusive,

    Defendant.

Civil Action No.:   8:10-cv-01956-RWT

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)

Monique Jackson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 9, 2010

            Respectfully submitted,
            By /s/ Forrest E. Mays
            Forrest E. Mays (Bar No. 07510)
            1783 Forest Drive, Suite 109
            Annapolis, MD  21401
            Telephone: (410) 267-6297
            Facsimile: (410) 267-6234
            Email: mayslaw@mac.com

            Of Counsel To
            LEMBERG & ASSOCIATES L.L.C.
            A Connecticut Law Firm
            1100 Summer Street, 3rd Floor
            Stamford, CT 06905
            Telephone: (203) 653-2250
            Facsimile:  (877) 795-3666
            ATTORNEYS FOR PLAINTIFF

"APPROVED" THIS 9th DAY
OF December 20 10

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE